# Court of Appeals
# of the State of Georgia

ATLANTA,____August 12, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A2223. CLIFFORD CONNER v. THE STATE.

In 2007, Clifford Conner pled guilty to seven counts of child molestation. After serving a portion of his sentence, he was released on probation. Conner's probation was revoked in April 2014, and in July 2014 Conner filed a motion for out-of-time appeal from the order revoking his probation. The trial court denied the motion, and Conner filed this direct appeal. We, however, lack jurisdiction.

"An out-of-time appeal serves as the remedy for a frustrated right of appeal for a criminal defendant whose conviction has not been reviewed by an appellate court." (Punctuation and citation omitted.) *Lewis v. State*, 300 Ga. App. 586 (685 SE2d 485) (2009). A defendant does not have a right of appeal from an order revoking probation; any such appeal must come by way of an application for discretionary appeal. See OCGA § 5-6-35 (a) (5). Thus, Conner is not entitled to an out-of-time appeal. Moreover, as Conner seeks to challenge the revocation of his probation, his failure to file a discretionary application deprives this Court of jurisdiction to entertain his appeal. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____08/12/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*